1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) Case No.: 8:24-CR-00080-JWH
                                 )
11          Plaintiff,            ) ORDER CONTINUING SENTENCING
                                 ) HEARING FROM FEBRUARY 7, 2025,
12     vs.                       ) TO APRIL 4, 2025
                                 )
13  MATHEW BOWYER,               )
                                 )
14          Defendant            )
                                 )
15

16
17
18
19
20
21
22
23
24
25
26
27              ORDER CONTINUING SENTENCING HEARING

     Good cause having been found, it is hereby **ORDERED** that the Sentencing Hearing in this matter is **CONTINUED** from February 7, 2025, to April 4, 2025, at 2:00 p.m.

     **IT IS SO ORDERED.**

Dated: November 27, 2024

_____
HONORABLE JOHN HOLCOMB
U.S. DISTRICT COURT JUDGE

<u>ORDER CONTINUING SENTENCING HEARING</u>